UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-0072 JGB (SPx)** | Date | January 26, 2024 |
|---|---|---|---|
| Title | *General Insurance Company Of America v. Darin Saunders, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order to Show Cause (IN CHAMBERS)**

On August 23, 2023, the Court stayed this action pending final resolution of Stastny v. Amazing Grace Oasis LLC, et al., San Bernardino Superior Court Case No. CIVSB2122024 ("Underlying Action") and ordered the parties to either dismiss this action or submit a joint status report on or before November 7, 2023.  (Dkt No. 25.)  On November 7, 2023, the parties filed a joint statute report in which they stated "the parties will either dismiss this action or submit a joint report of status of the Underlying Action on or before January 12, 2024."  (Dkt. No. 26.)

As of this writing, the parties have failed to update the Court.  Thus, the Court **ORDERS** the parties to provide a status report to the Court regarding the Underlying Action no later than **February 1, 2024**.  Failure to timely or adequately respond to this OSC may result in sanctions.

**IT IS SO ORDERED.**